

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**
**PROBATION OFFICE / PRETRIAL SERVICES AGENCY**



**ELLEN J. KRAUSE**
**Chief Probation Officer**

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

February 14, 2006

## MEMORANDUM

TO:  The Honorable Gregory M. Sleet
     United States District Judge

RE:  RONALD E. BATDORF, Jr.
     Case No. 1:04CR-01(GMS)
     **TRAVEL OUTSIDE THE UNITED STATES**

The above named defendant was sentenced before the Honorable Marvin Katz, Senior United States District Judge for the Eastern District of Pennsylvania, on September 8, 2003, to a five-year term of probation subsequent to the defendant entering a guilty plea to one count of Mail Fraud.

Pursuant to the conditions of probation, supervision was ordered transferred to the District of Delaware. On January 29, 2004, jurisdiction of this case was accepted by Your Honor.

On February 14, 2006, the defendant submitted a completed travel request form requesting approval to travel with his wife and daughter, for vacation, to the Playa Del Carmen, Mexico, from March 9, 2006 until March 12, 2006.

The defendant has paid his special assessment, fine and restitution obligations in full. The defendant has had no arrests or convictions, maintained stable residence and verifiable full time employment, has had no substance abuse issues, and has complied with his remaining probation conditions.

At this time, this office is recommending travel approval. In order to issue travel approval, this office is seeking authorization from Your Honor.

Page 2
RE: BATDORF, Ronald

Should additional assistance be required in this matter, this office remains available.

Sincerely,

Ellen J. Krause
Chief U.S. Probation Officer

Frank J. Kurzeknabe
U.S. Probation Officer

Reviewed and Approved:

John G. Selvaggi
Supervising U.S. Probation Officer

**APPROVED:** _____   **NOT APPROVED:** _____

Gregory M. Sleet                          Gregory M. Sleet
United States District Judge          United States District Judge

**DATE:** _____Feb 22, 2006_____